IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMMY LYNN MILLER, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KILOLO KIJAKAZI,[1] | : | No. 20-cv-03867-RAL |
| Acting Commissioner of Social Security, | : | |
| Defendant. | : | |

**O R D E R**

**AND NOW** this 10th day of August, 2021, upon consideration of the parties' submissions, it is **ORDERED** that:

1. Plaintiff's Request for Review (Doc. No. 14) is **DENIED** and the final order of the Commissioner of Social Security is **AFFIRMED**;

2. **JUDGMENT IS ENTERED** by separate document, filed contemporaneously. See *Shalala v. Schaefer*, 509 U.S. 292, 303 (1993); *Kadelski v. Sullivan*, 30 F.3d 399, 402 (3d Cir. 1994); Fed. R. Civ. P. 58(a); and

3. The Clerk of Courts shall mark this case **CLOSED** for all purposes including statistics.

BY THE COURT:


 s/Richard A. Lloret
**RICHARD A. LLORET**
**U.S. Magistrate Judge**

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Ms. Kijakazi should be substituted for the former Commissioner of Social Security, Andrew Saul, as the defendant in this action. No further action need be taken to continue this suit pursuant to section 205(g) of the Social Security Act. 42 U.S.C. § 405(g).